UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cause No. 1:16-cr-00031-JMS-DML |
| JUSTON CROWE (01), | ) | |
| Defendant. | ) | |

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris Pryor's Report and Recommendation dkt. [96] recommending that Juston Crowe's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Pryor's Report and Recommendation dkt. [96]. The Court finds that Mr. Crowe committed Violation Numbers 1-4 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkts [83 & 87]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Crowe is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months imprisonment with no supervised release to follow.

Date: 1/2/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system
United States Probation Office, United States Marshal